In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-20-00242-CV**
_____

**MEG BREWER, Appellant**

**V.**

**CWS SGARR KINGWOOD, LLC D/B/A MARQUIS AT KINGWOOD,
Appellee**

**On Appeal from the County Court at Law No. 2
Montgomery County, Texas
Trial Cause No. 19-31621**

**MEMORANDUM OPINION**

On January 4, 2021, we notified the parties that the appeal would be dismissed unless the appellant remitted the filing fee for the appeal. Appellant did not respond.

Appellant did not file an affidavit of indigence on appeal and has not shown that she is entitled to proceed without payment of costs. *See* Tex. R. App. P. 20.1.

1

There being no satisfactory explanation for the failure to pay the filing fee for the appeal, the appeal is dismissed for want of prosecution. *See* Tex. R. App. P. 42.3.

APPEAL DISMISSED.

PER CURIAM

Submitted on March 10, 2021
Opinion Delivered March 11, 2021

Before Golemon, C.J., Kreger and Johnson, JJ.